IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:10-CR-84-BR-1 |
| | ) | (EASTERN DIVISION) |
| FELIX FOGG, JR., | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 5:10-CR-284-BR-1 |
| | ) | (WESTERN DIVISION) |
| TERRELL LEE JONES, | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 5:10-CR-374-BR-1 |
| | ) | (WESTERN DIVISION) |
| TRAVIS ANDREWS RICKS, | ) | |

**ORDER**

Prior the arraignment in the above captioned cases tomorrow, 2 March 2011, counsel shall check for accuracy the maximum and minimum penalties set out in any memorandum of plea agreement or, if there is none, in the penalty sheet. Counsel shall take particular care to ensure that any specified maximum and minimum terms of supervised release conform with the Fourth Circuit's decision in *United States v. Pratt*, 239 Fed. 3d 640, 647-48 (4th Cir. 2001). In addition, if a criminal information is the subject of a memorandum of plea agreement, counsel shall ensure that the memorandum nowhere refers to the charging document as an indictment or superseding indictment.

SO ORDERED, this 1st day of March 2011.

James E. Gates
United States Magistrate Judge