UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00284-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRELL LEE JONES | ) | |

This matter is before the court upon motion of the United States to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a). For the reasons set forth in the motion and pursuant United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc), the court hereby GRANTS the motion. The Indictment is hereby DISMISSED, and the clerk is DIRECTED to close this case.

This 21 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge